UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND COOK )<br>    Petitioner, )<br> )<br>v. )    Civil Action No. 04-11191-NG<br> )<br>DAVID NOLAN )<br>    Respondent. )<br> ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, David Nolan, the Superintendent of the Massachusetts Correctional Institution-Cedar Junction, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Raymond Cook, *pro se*, MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

Eva M. Badway