UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND COOK<br>　　　Petitioner,<br><br>v.<br><br>DAVID NOLAN<br>　　　Respondent. | Civil Action No. 04-11191-NG |

## RESPONDENT'S MOTION TO DISMISS

The respondent, David Nolan, the Superintendent of the Massachusetts Correctional Institution-Cedar Junction, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition contains exhausted and unexhausted claims. *See Rose v. Lundy*, 455 U.S. 509, 518-519 (1982). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

WHEREFORE, for the foregoing reasons, the respondent requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2004, I caused a copy of the above <u>Motion to Dismiss</u> to be served by first-class mail, postage prepaid, upon Raymond Cook, *pro se*, MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

_____
Eva M. Badway