UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND COOK<br>　　　　Petitioner,<br><br>v.<br><br>DAVID NOLAN<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)　Civil Action No. 04-11191-NG<br>)<br>)<br>)<br>) |

## MOTION TO IMPOUND
## THE RESPONDENT'S SUPPLEMENTAL ANSWER

The respondent, David Nolan, the Superintendent of the Massachusetts Correctional Institution-Cedar Junction, respectfully moves this Court to impound his supplemental answer pursuant to Local Rule 7.2 since these materials contain confidential psychiatric reports.

WHEREFORE, for the foregoing reason, the respondent requests that this Court impound the respondent's supplemental answer pursuant to Local Rule 7.2.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_/s/ Eva M. Badway_
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2004, I caused a copy of the above <u>Motion to Impound Respondent's Supplemental Answer</u> to be served by first-class mail, postage prepaid, upon Raymond Cook, *pro se*, MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

*/s/ Eva M. Badway*
Eva M. Badway