```
                              FILED
                         UNITED STATES DISTRICT COURT
                           DISTRICT OF MASSACHUSETTS
                           2004 JUL 27  A 11:52
RAYMOND COOK,                          :
                Petitioner,            :
                                       :
                                       :
    v.                                 :   Civil Action No. 04-11191-NG
                                       :
                                       :
                                       :
DAVID NOLAN,                           :
                Respondent.            :
```

## MOTION FOR ENLARGEMENT OF TIME

Comes Now, Raymond Cook, pro se Petitioner, who respectfully submits, "Motion for Enlargement of Time". In support thereof it is submitted.

1. On July 9, 2004 the Respondent filed an answer, a supplemental answer, a motion to impound the respondent's supplemental answer, a motion to dismiss the habeas petition, a memorandum in support thereof, a notice of appearance and certificate of service.

2. It is the desire of the Petitioner to submit a responsive pleading.

3. Shortly after receiving the above cited pleadings, there was a disturbance in the jail and the facility was put on lock down status.

4. In view of the above Petitioner was unable to attend the

law library and consult with outside lawyers and individuals rendering assistance.

    WHEREFORE, it is respectfully requested that the Petitioner be given twenty days to file a responsive pleading/opposition.

Dated: <u>July 24, 2004</u>     Respectfully submitted,

*/s/ Raymond Cook*

Raymond Cook, W-64720
MCI-Cedar Junction
P. O. Box 100
South Walpole, MA 02071

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2004, I caused a copy of the above "Motion for Enlargement of Time" to be served by first class mail, postage prepaid, upon Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

Dated: July 24, 2004

*Raymond Cook*
Raymond Cook