UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK,
    Petitioner

v.                                 No. 04-11191NG

DAVID NOLAN,
    Respondent.

## PETITIONER RAYMOND COOK'S REQUEST FOR A STAY

Comes Now, Raymond Cook, pro se Petitioner in the above captioned action, who respectfully submits, "Petitioner Raymond Cook's Request for a Stay". In support thereof it is submitted.

1. On or about May 27, 2004, Raymond Cook (Cook or the Petitioner) commenced the instant action by filing a petition for a writ of habeas corpus (the "petition") pursuant to 28 U.S.C. § 2254.

2. As of this date the Respondent David Nolan did not file a reply.

3. Petitioner Raymond Cook is in the process of submitting a Rule 30 Motion for a new trial in state Court.

4. Petitioner Raymond Cook is innocent of the charge leveled against him.

5. He is proceeding pro se and is attempting to protect all of his civil and constitutional rights.

WHEREFORE, for all the reasons cited herein it is respectfully requested that this matter be stayed pending a determination and ruling in the state Court on the Petitioner's Motion for a new trial pursuant to Rule 30.

Dated: July 28, 2004

Respectfully submitted,

*Raymond Cook*

Raymond Cook, pro se
MCI-Cedar Junction
P. O. Box 100, W-64720
South Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, Raymond Cook, pro se hereby certify that I have served a true and correct copy of "Petitioner Raymond Cook's Request for a Stay" by placeing same in a sealed, postage prepaid envelope addressed to the following:

David Nolan, Warden
MCI-Cedar Junction
P. O. Box 100
South Walpole, MA 02071

Dated: July 21, 2004

Raymond Cook