UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK,
        Petitioner,

v.                        No. 04-11191-NG

DAVID NOLAN,
        Respondent.

## MOTION TO CORRECT THE RECORD

Comes Now, Raymond Cook, pro se Petitioner in the above captioned action, who respectfully submits, **"Motion to Correct the Record"**. In support there of it is submitted.

1. Page (5) section "A" - Supporting FACTS is incorrect because of a clerical/typing error.

2. The supporting FACTS section should read as follows: "Right to a not guilty plea not an insanity defense raised by trial counsel; Right to testify before the 12 jurors and the Court; Right to colloquay as my plea of not guilty and not an insanity defense; Right to have defense attorney, to have defense forensic experts to test false and made-up state forensic evidences; abandoning the defendant's not guilty defense and arguing "Not Guilty by Reason of Insanity" against the wishes of the De-

fendant constitutes ineffective assistance of counsel".

WHEREFORE, it is respectfully requested that the record reflect the aboved listed change and correction.

Dated: September 27, 2004            Respectfully submitted,

/s/ Raymond Cook
Raymond Cook, pro se
MCI-Cedar Junction
P. O. Box 100
South Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, Raymond Cook, pro se hereby certify that I have serves a true and correct copy of **Motion to Correct the Record** by placing same in a sealed, postage prepaid envelope addressed to:

> Eva M. Badway
> Assistant Attorney General
> The Commonwealth of Massachusetts
> Office of the Attorney General
> One Ashburton Place
> Boston, Massachusetts 02108-1598

Dated: September 27, 2004

*Raymond Cook*
Raymond Cook