```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **RAYMOND COOK,** )  <br>    **Petitioner,** )  <br> ) <br> v. ) <br> ) <br> ) <br> **DAVID NOLAN,** ) <br>    **Respondent.** ) | Civil Action No. <br> 04-11191-NG |

**GERTNER, D.J.:**

### ORDER RE: APPOINTMENT OF COUNSEL

Petitioner Raymond Cook has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The provisions of 18 U.S.C. § 3006A(a)(2)(B) permit this Court to provide representation for "any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28." Pursuant to this Court's Plan for the Appointment of Counsel for Indigent Parties in Civil Cases, I determine that there is sufficient cause to exercise the discretionary power of the Court to issue an order of appointment of counsel for the petitioner in this case.

Accordingly, I **ORDER** that counsel be appointed.

**SO ORDERED.**

**Dated: February 17, 2005**          s/ NANCY GERTNER, U.S.D.J.