ATTORNEY ASSIGNMENT REQUEST

Petitioner:
~~Defendant:~~ Raymond Cook

Case & Defendant
Number    04cv11191NG

Date of Appointment:_____

Appointed by:_____

Attorney Withdrawn_____

Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____     Information_____     Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions:  2254- Please Appoint Counsel

_____

_____

_____

_____

_Jennifer Sild_
Deputy Clerk

Dated  2/23/2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]