UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK,
    Petitioner

v.      No. 1:04-cv-11191 - NG

DAVID NOLAN,
    Respondent

### STATUS REPORT OF PETITIONER RAYMOND COOK

Comes Now, Raymond Cook, pro se Petitioner, who pursuant to the Order entered by this Court on 2/2/2005 submits "Status Report of Petitioner Raymond Cook".

1. Petitioner filed a Motion for New Trial in the County of Bristol Superior Court at Criminal Docket #BRCR1994-35042.

2. The Motion (P#128) was denied without prejudice to renewal under the provisions of Superior Court Rule 61A (Robert J. Kane, Justice/MWG).

3. Petitioner is currently in the process of refiling his Motion for a New Trial.

Dated: May 23, 2005      Respectfully submitted,

Raymond Cook
P. O. Box 100
South Walpole, MA 02071

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Gertner, Nancy entered on 2/2/2005 at 12:10 PM EST and filed on 2/2/2005
Case Name:     Cook v. Nolan
Case Number:   1:04-cv-11191
Filer:
Document Number:

Docket Text:
Judge Nancy Gertner : Electronic ORDER entered: Pursuant to this Court's electronic procedural order entered on January 3, 2005, petitioner's exhausted claims were stayed and his unexhausted claims were dismissed without prejudice to allow petitioner to seek review of those claims in the state appellate courts. Petitioner is hereby ordered to make a written report to this Court on or before June 3, 2005, on the status of his state court appeal.(Gertner, Nancy)

The following document(s) are associated with this transaction:

1:04-cv-11191 Notice will be electronically mailed to:

Eva M. Badway     eva.badway@ago.state.ma.us, appealsefilings@ago.state.ma.us

1:04-cv-11191 Notice will not be electronically mailed to:

Raymond Cook
MCI Cedar Junction
P.O. Box 100
S.Walpole, MA 02071

# Commonwealth of Massachusetts
## County of Bristol
## The Superior Court

CRIMINAL DOCKET# **BRCR1994-35042**

RE: **Commonwealth v Cook, Raymond**

TO: Raymond Cook
M.C.I. Cedar Junction
P.O. Box 100
South Walpole, MA 02071

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 02/01/2005 is as follows:

Defendant's MOTION for New Trial (copy forwarded to Chin, RAJ)

**Motion (P#128) DENIED without prejudice to renewal under the provisions of Superior Court Rule 61A. (Robert J. Kane, Justice/MWG). Copies mailed February 8, 2005**

Dated at Taunton, Massachusetts this 8th day of February, 2005.

Marc J. Santos,
Clerk of the Courts

Location: Criminal 1 - CtRm - Upper

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**