# In The United States District Court For The District of Massachusetts

RAYMOND COOK,
       Petitioner,

v.                          No. 04-11191-NG

DAVID NOLAN,
       Respondent.

## Motion To Correct The Record

**Comes Now** Raymond Cook, pro se Petitioner in the above-styled case, and respectfully moves herewith to correct the record as follows:

1. Attached to Respondent's "Supplemental Answer" in this cause is an affidavit sworn by Petitioner Raymond Cook on the 19th of September, 2000. On page (3) of said affidavit, the last paragraph above Petitioner's signature is incorrect due to a clerical typing error previously undetected by Petitioner.

2. The last part of this affidavit should read as follows:

> "However, during the trial, Attorney Segadelli failed to properly establish through Mr. Boulay or the private investigator that Ms. Felix and her daughter arrived after the shots were fired by the assailant, and Mr. Boulay witnessed several people running immediately out of 591 Middle Street apartment building where the shots were heard from."

3. In the same Supplemental Response filed by Respondent, **the Introduction to the Defendant's Memorandum of Law In Support Of His Amended Motion For A New Trial** is incorrect because of clerical/typing error.

4. This **Introduction** should read as follows:

> "In fact, she and her daughter didn't arrive until after the shots were fired by the assailant and until after other defense witnesses saw several people immediately running out of the same building, 591 Middle Street, where those shots came from."

5. This same **Defendant's Memorandum of Law**, on page (6) at the bottom of the page, is in need of correction because of clerical/typing error.

6. This same **Defendant's Memorandum of Law**, on page (6) at the bottom, should read as follows:

> "Attorney Segadelli informed both the defendant and his mother and father that his private investigator and himself had discovered a defense witness, Mr. Raymond Boulay, who heard the shots come from the 591 Middle Street apartment building, and that Mr. Boulay immediately saw several people running out of that same 591 Middle Street apartment building. Mr. Boulay further said that Jean Felix and her daughter, Kelly Camillo, (the prosecutor's perjured star witness and source of false, perjured 911 tape), drove up after shots were fired and that people were seen immediately running out of the 591 Middle Street apartment building."

WHEREFORE, Petitioner respectfully moves and prays that the record be corrected to reflect the above-stated changes and corrections.

Respectfully submitted,

Dated: *July 7, 2005*

*Raymond Cook*
Raymond Cook, *Pro Se*
M.C.I. - Cedar Junction
P.O. Box 100
South Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, Raymond Cook, *pro se,* hereby certify that I have served a true and correct copy of the foregoing "Motion To Correct The Record," by placing same in a sealed, postage prepaid envelope properly addressed to:

> Eva M. Badway
> Assistant Attorney General
> The Commonwealth of Massachusetts
> Office of the Attorney General
> One Ashburton Place
> Boston, MA 02108-1598

Dated: July 7 2005

Raymond Cook, Petitioner, *Pro Se*