UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK

    Petitioner

v.

DAVID NOLAN

    Respondent

NO. 04-CV-11191-NG

## MOTION TO WITHDRAW

Court-assigned counsel for the Petitioner hereby respectfully moves this honorable Court to permit him to withdraw from further representation of the Petitioner.

Respectfully submitted,

*Roger A. Cox*

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

DATED: January 25, 2006

### CERTIFICATE OF SERVICE

I hereby certify that true copies of this Motion have been served by prepaid first-class mail upon Eva M. Badway, Attorney General's Office, Room 2019, One Ashburton Place, Boston, MA 02108-1698, and Raymond C. Cook, MCI Cedar Junction, P.O. Box 100, S. Walpole, MA 02071, this 25th Day of January, 2006. *Roger A. Cox*