04-11191-NG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG 22 P 1:18

U.S. DISTRICT COURT
DISTRICT OF MASS.

RAYMOND COOK,
        Petitioner,

v.

DAVID NOLAN,
        Respondent.

**PETITIONER'S OPPOSITION TO
RESPONDENT'S SECOND MOTION TO DISMISS**

Comes Now, Raymond Cook, pro se Petitioner, who respectfully submits, "Petitioner's Opposition to Respondent's Second Motion to Dismiss". In support thereof it is submitted:

1. On February 2, 2005 the Court entered an Order which stayed Petitioner's exhausted claims and the unexhausted claims were dismissed without prejudice to allow petitioner to seek review of those claims in the state appellate courts.

2. The unexhausted claims are currently being litigated in the Supreme Judicial Court, the Single Justice the Gate Keeper, Maura Doyle, Clerk.

WHEREFORE, for the above cited reasons the Motion to Dismiss should be denied and the Petitioner should be permitted to exhaust his claims.

Dated: August 16, 2006

Respectfully submitted,

*Raymond Cook*
Raymond Cook, W-64720
P. O. Box 8000
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Raymond Cook, hereby certify that this document was mailed by United States Mail, postage prepaid on August 16, 2006 to:

>Eva M. Badway,
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, MA 02108

Dated: August 16, 2006

*Raymond Cook*
Raymond Cook