United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma. 02210
Re: Civil Action No. 04-11191-NG

FILED
IN CLERKS OFFICE
2006 NOV 14  A 10:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk,                                           November 7, 2006

On August 19, 2006 I mailed to you by certified mail a cover letter, <u>Petitioner's Opposition To Respondent's Second Motion To dismiss</u>, <u>Certificate Of Service</u> for Mrs. Eva Badway, Assistant Attorney General, Status Report - Notice of Electronic Filing by Judge Nancy Gertner, my <u>Status Report Of Petitioner Raymond Cook</u> with two cover letters of May 23, 2005 and August 8, 2005, an a copy of a letter from Maura Doyle, Clerk, Supreme Judicial Court, dated May 19, 2006 which said that "on March 28, 2006 papers received from me have been opened as a single justice case." I have not heard from you. I now enclosed a letter from Mr. Steven E. Gagne, Assistant District Attorney's (of November 1, 2006) Opposition to my Review to

Page 2.

G.L.C. 278, Section 33E appeal. This is my Status Report. Please respond. Thank You very much. God bless You.

Enclosure(s)

CC: File

Sincerely,
Raymond