Mrs. Eva Badway,
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Ma. 02108

Re: No. 04-11191-NG

November 7, 2006

Dear Mrs. Badway,

On August 19, 2006 I mailed to you by Certified mail a cover letter, <u>Petitioner's Opposition To Respondent's Second Motion To dismiss</u>, <u>Certificate Of Service</u> to you, a copy of Notice of Electronic Filing by Judge Nancy Gertner, my <u>Status Report of Petitioner Raymond Cook</u> with two cover letters of May 23, 2005 and August 8, 2005, an a copy of a letter of May 19, 2006 from Mrs. Maura Doyle, Clerk, Supreme Judicial Court which said, "on March 28, 2006 papers received from me have been opened as a single Justice case." I have not heard from Judge Gertner, I now have enclosed a letter of November, 200 from Mr. Steven E. Gagne, Assistant District Attorney's Opposition to my Review to G.L.C. 278, Section 33E appea

Page 2.

Please may this service as my Status Report. Please respond. Thank you very much. God bless you.

Enclosure(s)

CC: File

Sincerely,
Raymond

## Certificate Of Service

I, Raymond Cook, hereby certify that this document was mailed by United States Mail, postage prepaid on November 7, 2006 to:

Eva M. Badway,
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Ma 02108

Dated: November 7, 2006

*Raymond Cook*
Raymond Cook



## The Commonwealth of Massachusetts
### OFFICE OF THE
### DISTRICT ATTORNEY
#### BRISTOL DISTRICT

PAUL F. WALSH, JR.
DISTRICT ATTORNEY

888 PURCHASE STREET
P.O. Box 973
NEW BEDFORD, MASS. 02741
(508) 997-0711

November 1, 2006

Maura Doyle, Clerk
Supreme Judicial Court
For Suffolk
John Adams Courthouse
One Pemberton Square
Suite 1300
Boston, MA  02108

   RE:   *Commonwealth v. Raymond Cook*
         No. SJC-2006-0234

Dear Clerk Doyle:

   Enclosed please Commonwealth's Memorandum in Opposition to the Defendant's Petition for Review Pursuant to G.L. c. 278, Section 33E regarding the above-referenced matter.

   Thank you for your attention to this matter.

                                        Very truly yours,

                                        Steven E. Gagne
                                        Assistant District Attorney

SEG/dsm
Enclosures

Cc:  Raymond Cook