UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK,
       Petitioner,

v.                        No. 04-11191NG

DAVID NOLAN,
       Respondent.

FILED
CLERKS OFFICE
2006 DEC 11  P 2:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTIFICATION OF EXHAUSTION

Comes Now, Raymond Cook, pro se Petitioner in the above captioned action, who respectfully submits, **"Notification of Exhaustion"**. In support thereof it is submitted.

1. On or about May 27, 2004, Raymond Cook, pro se Petitioner commenced the instant action by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

2. On or about July 28, 2004 Petitioner filed a "Request for a Stay" so he could file a Rule 30 Motion in state Court and exhaust all of his available remedies.

3. The Court granted the stay.

4. On November 29, 2006 the Supreme Judicial Court entered a final decision and denied the defendant's petition for leave to appeal. Exhibit "A".

5. As of this date the Petitioner has exhausted all of

his available remedies at the state level.

Dated:   December 6, 2006                    *Raymond Cook*

                                             Raymond Cook, pro se
                                             W-64720
                                             S.B.C.C.
                                             P. O. Box 8000
                                             Shirley, MA 01464

## CERTIFICATE OF SERVICE

I, Raymond Cook, pro se hereby certify that I have served a true and correct copy of **"Notification of Exhaustion"** by placing same in a sealed, postage prepaid envelope addressed to the following:

> Mrs. Eva Badway,
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, MA 02108

Dated: December 6, 2006

*Raymond Cook*
Raymond Cook



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

November 29, 2006

Raymond Cook
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464


RE:   No. SJ-2006-0234

      COMMONWEALTH
          vs.
      RAYMOND COOK

      Bristol Superior Court
      No. BRCR1994-35042


                    NOTICE OF DOCKET ENTRY

     You are hereby notified that on November 29, 2006, the following was entered on the docket of the above referenced case:

Memorandum and Order..."the defendant's petition for leave to appeal is denied." (Cowin, J.)

                              Maura S. Doyle, Clerk


To:   Raymond Cook
      Steven E. Gagne, Assistant District Attorney
      David B. Mark, Assistant District Attorney
      Bristol Superior Court


Exhibit "A"