UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND COOK

    Petitioner

No   04 CV 11191 NG

v

DAVID NOLAN

    Respondent

FILED
IN CLERKS OFFICE
2007 JAN -5 P 1: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR APPOINTMENT OF COUNSEL

Comes Now Raymond Cook, pro se Petitioner who respectfully submits Motion for Appointment of Counsel  In support thereof it is submitted

1   The Court appointed Roger A  Cox  Esquire to represent Petitioner

2   On or about January 25th  2006 Mr  Cox filed a Motion to Withdraw  which Court granted

WHEREFORE  for the reason herein cited it is respectfully requested that counsel be appointed to represent Petitioner Cook

Dated  December 27  2006

Respectfully submitted,

*Raymond Cook*
Raymond Cook  W 64720
P  O  Box 8000
Shirley. MA  01464