UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND COOK, | : |
|     Petitioner, | : |
| | : |
| v. | :   Civil Action No. 04cv11191NG |
| | : |
| DAVID NOLAN, | : |
|     Respondent. | : |

FILED
IN CLERKS OFFICE
2007 APR 20 P 12: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

PETITIONER RAYMOND COOK'S MOTION FOR 60 DAYS TO FILE
RECONSIDERATION TO ORDER ENTERED ON MARCH 28, 2007

Petitioner, Raymond Cook, pro se, pursuant to Fed.R.Civ.P. 6, hereby moves this Court for 60 days to file Reconsideration to Order entered on March 28, 2007. In support thereof it is submitted.

1. Petitioner is incarcerated and proceeding pro se in the above referenced case.

2. On March 28, 2007 the Court dismissed two claims: (1) that his federal constitutional rights to forego and insanity defense and (2) to testify in his own defense were violated.

3. Petitioner wants to file reconsideration.

4. Petitioner needs sufficient time to research and investigate facts in support of his reconsideration.

5. Petitioner is housed in a maximum security facility and has limited access to the law library, research material, and my own personal legal material, which is maintained in the Inmate Legal Storage Facility of the prison.

WHEREFORE, for the foregoing reasons, Petitioner Raymond Cook, requests that the Court grant him 60 days, to and including May 29, 2007 to file Reconsideration to the Court's Order entered on March 28, 2007.

Dated: *April 16, 2007*

Respectfully submitted,

*Raymond Cook*
Raymond Cook, W-64720
SBCC
P. O. Box 8000
Shirley, MA 01464

CERTIFICATE OF SERVICE

I hereby certify that on this __18__ day of April, 2007, a copy of the foregoing Motion for 60 days to file Reconsideration was mailed postage prepaid to: Eva M. Badway, Office of the Attorney General, Boston, MA.

Dated: *April 18, 2007*

*Raymond Cook*
Raymond Cook