UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
RAYMOND COOK,                 )
     Petitioner,              )
                              )
     v.                       )  Civ. Action No. 04cv11191-NG
                              )
DAVID NOLAN,                  )
     Respondent.              )
```
GERTNER, D.J.:

## ORDER RE: APPOINTMENT OF COUNSEL

Petitioner Raymond Cook has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The provisions of 18 U.S.C. § 3006A(a)(2)(B) permit this Court to provide representation for "any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28." Pursuant to this Court's Plan for the Appointment of Counsel for Indigent Parties in Civil Cases, I determine that there is sufficient cause to exercise the discretionary power of the Court to issue an order of appointment of counsel for the petitioner in this case.

Accordingly, I **ORDER** that counsel be appointed.

**SO ORDERED.**

Date:  May 15, 2007          /s/Nancy Gertner
                             **NANCY GERTNER, U.S.D.C.**