<u>ATTORNEY ASSIGNMENT REQUEST</u>

Petitioner:__RAYMOND COOK_____    Case Number__1:04-cv-11191-NG_____

Date of Appointment:_____    Appointed by:_____

Attorney Withdrawn__ROGER COX_____    Date of Withdrawal__2/15/2006_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____    Information_____    Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions:___2254-Please appoint counsel._____

_____

_____

_____

_____

   ___/s/ JENNIFER FILO_____
                Deputy Clerk

Dated__5/18/2007_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]