UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RAYMOND COOK,                          :
       Petitioner,                 ;
                                         :
   v.                                  :   Civil Action No. 04cv11191-NG
                                         :
DAVID NOLAN,                            :
       Respondent.                  :

PETITIONER RAYMOND COOK'S
MOTION TO AMEND HIS PETITION

Comes Now Raymond Cook, pro se Petitioner, who pursuant to the Order entered by the Court on March 28, 2007 respectfully submits, "Amended Petition Under 28 USC § 2254 for Writ of Habeas Corpus by a Person in State Custody."

Dated: May 4, 2007.

Respectfully submitted,

*Raymond Cook*
Raymond Cook, W-64720
Souza-Baranowski Correctional
   Center
P. O. Box 8000
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of _May_ 2007, I served the "Petitioner Raymond Cook's Motion to Amend His Petition" by United States Mail, postage paid, First Class Mail upon the following: Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton PLace, Boston, MA 02108.

Dated: _May 9, 2007_                                  _Raymond Cook_
                                                        Raymond Cook