UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

04 - cv - 11191

RAYMOND COOK

v.

NOLAN

**PETITIONER'S FIRST MOTION FOR FUNDS FOR AN INVESTIGATOR**

The petitioner, RAYMOND COOK, pursuant to 18 U.S.C. 3006A, moves this Honorable Court to authorize the expenditure of CJA funds to utilize the services of an investigator. Mr. Cook has asserted in his petition, that he is innocent of the murder charge for which he has been sentenced to life without parole. He asserts in his petition that there were witnesses available to his trial counsel who would have impeached the government's witness and supported his theory of the case.

An investigator is necessary so that Mr. Cook can find these witnesses and demonstrate his innocence. The undersigned attorney has been appointed to represent Mr. Cook in his petition, and requires the assistance of the investigator in order to adequately develop his defense. The investigator will need twenty hours of work ( at $ 70 /hour) plus mileage and incidental expenses. The petitioner therefore requests fifteen hundred dollars ($1500.00) for these purposes.

Respectfully Submitted,

RAYMOND COOK

Dated: August 17, 2007

By his attorney,

/s/ Lenore Glaser
Lenore Glaser, Esq./BBO # 194220
One Commercial Wharf N., 2nd Fl
Boston, MA 02110
(617) 753-9988

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007

/s/ Lenore Glaser
Lenore Glaser, Esq.

Case 1:04-cv-11191-NG    Document 33    Filed 08/17/2007    Page 2 of 2