UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

04 - cv - 11191

RAYMOND COOK

v.

NOLAN

**PETITIONER'S FIRST MOTION FOR FUNDS FOR A N EXPERT IN BALLISTICS**

The petitioner , RAYMOND COOK , pursuant to 18 U.S.C. 3006A, moves this Honorable Court to authorize the expenditure of CJA funds to utilize the services of an expert in ballistics . Mr. Cook has asserted in his petition, that he is innocent of the murder charge for which he has been sentenced to life without parole. He asserts in his petition that there were expert witnesses available to his trial counsel who would have supported his theory of the case. He particularly explains in his petition that he was found with the firearm in his hand because he had grabbed it from the assailant and placed his thumb between the gun and the trigger in an attempt to prevent more shots from being fired. He asserts that the injuries he suffered to his hand, and particularly his thumb support his defense, although his trial attorney did not raise these issues at his trial.    The undersigned attorney has been appointed to represent Mr. Cook in his petition , and requires the assistance of an expert ballistics order to adequately develop his defense . The attorney requests that this Court authorize the expenditure of up to one thousand dollars ( $ 1,000.00) for this consultation.

Respectfully Submitted,

RAYMOND COOK

By his attorney,

/s/ Lenore Glaser

Dated:August 17, 2007

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document

Lenore Glaser, Esq./BBO # 194220  
One Commercial Wharf N., 2nd Fl  
Boston, MA 02110  
(617) 753-9988  

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007

    /s/ Lenore Glaser  
Lenore Glaser, Esq.