UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 04 11191

RAYMOND COOK
v.
NOLAN *ET AL*.

**MOTION BY PETITIONER COUNSEL TO EXTEND THE TIME TO FILE THE AMENDED PETITION AND MEMORANDUM OF LAW . [Assented]**

The Petitioner, RAYMOND COOK, by and through his undersigned attorney, moves this Honorable Court, with the assent of the government, pursuant to F.R.Crim. P. 45(b) to extend the deadline for filing his amended petition and memorandum of law in support thereof, until the close of business on September 30,th, 2008. This extension is requested so that the petitioner may be fully consulted in the drafting of the documents. The respondent, through counsel, has assented to this extension .

WHEREFORE : The petitiooner moves that this extension be granted .

| RAYMOND COOK | David Nolan et al |
|---|---|
| by his counsel | By his counsel |
| /s/ Lenore Glaser | /s/ Eva M. Bradway, |
| Lenore Glaser, Esq. | Eva M. Bradley |
| One Commercial Wharf, N. 2d | Assistant Attorney General, Criminal Bureau |
| Boston, MA. 02110 | One Ashburton Place |
| 617 753-9988 | Boston, MA. 021080 |
| B.B.O. 194220 | (617) 727-2200 x 2824 |
| | BBO# 635431 |