UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER : 04 11191

RAYMOND COOK
v.
NOLAN *ET AL*.

___

**MOTION BY PETITIONER COUNSEL TO EXTEND THE TIME TO FILE THE AMENDED PETITION AND MEMORANDUM OF LAW . [Assented]**

      The Petitioner, RAYMOND COOK, by and through his undersigned attorney, moves this Honorable Court, with the assent of the government, pursuant to F.R.Crim. P. 45(b) to extend the deadline for filing his amended petition and memorandum of law in support thereof, until the close of business on November 24, 2008 . This extension is requested so that the petitioner may be fully consulted in the drafting of the documents. The petitioner was recently transferred from the Massachusetts Correctional Institution at Norfolk to the Bridgewater State Hospital for an evaluation to determine whether he may remain in the general population or be committed to the hospital, and whether he should be forced to take medication   While he is at Bridgewater for the evaluation, he is not entitled to have his property, including his legal documents.  The undersigned attorney , who saw him yesterday,  asserts that, at present, he is not able to sufficiently focus on the federal petition, to assist her in its presentation , The respondent, through counsel, has assented to this extension .

WHEREFORE : The petitioner moves that this extension be granted .


| | |
|---|---|
| RAYMOND COOK | David Nolan et al |
| by his counsel | By his counsel |
| | |
| /s/ Lenore Glaser | /s/ Eva M. Badway, |

Lenore Glaser, Esq.  
One Commercial Wharf, N. 2d  
Boston, MA. 02110  
617 753-9988  
B.B.O. 194220  

Eva M. Bradley  
Assistant Attorney General, Criminal Bureau  
One Ashburton Place  
Boston, MA. 021080  
(617) 727-2200 x 2824  
BBO# 635431